IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE ACTION |
| v. | : | |
| MARTA KRZYSPIAK | : | NO. 11-1491 |

## ORDER

AND NOW, to wit, this 24TH day of January, 2012, following a hearing in the above-captioned matter, which was held on October 21, 2011, IT IS HEREBY ORDERED as follows:

1. Violation No. 1128645 - Disorderly Conduct, is DISMISSED;

2. Defendant entered a Guilty Plea on Violation Nos. 1128644 - Resisting Arrest; 1128646 - Open Container; 1128647 - DUI; and 1128648 - Excessive Blood Alcohol;

3. Defendant shall serve a One (1) Year Probation to be supervised by Pretrial Services;

4. Defendant shall submit to drug and alcohol evaluation and counseling as recommended by Pretrial Services;

5. Defendant shall submit to abuse evaluation and counseling as directed by Pretrial Services;

6. Defendant shall maintain her current employment at Bahama Breeze Restaurant, King of Prussia, PA and shall remain employed throughout her term of probation;

7. Defendant shall pay to Valley Forge National Historical Park, the costs incurred for blood and drug testing at the time of her arrest, in the amount of Three Hundred Eighty Eight ($388.00) Dollars;

8. Defendant shall pay to Valley Forge National Historical Park, the cost of overnight incarceration at the Montgomery County Jail, in the amount of Seventy-five ($75.00) Dollars;

9. Defendant shall pay Court costs in the amount of One Hundred ($100.00) Dollars;

10. Defendant shall not enter Valley Forge National Historical Park during her one-year term of Probation.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE